# EXHIBIT A

U21004791841



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210047914841 |
| Date Filed: 5/19/2021 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| BAT, INC. | 20160 NOB HILL DR YORBA LINDA, CA 92886 |
| COAST PROCESSING | 20160 NOB HILL DR YORBA LINDA, CA 92886 |
| THE LITIGATION PRACTICE GROUP PC | 20160 NOB HILL DR YORBA LINDA, CA 92886 |
| B.A.T. INC. | 1351 CALLE AVANZADO STE 2 SAN CLEMENTE, CA 92673 |
| DANIEL STEPHEN MARCH | 20160 NOB HILL DR YORBA LINDA, CA 92886 |
| TONY M. DIAB | 25961 GLEN CANYON DR LAGUNA HILLS, CA 92653 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576, UCCSPREP@CSCGLOBAL.COM SPRINGFIELD, IL 62708 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Receivables- All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts: I Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

B0396-0106  05/19/2021  1:10  PM  Received  by  California  Secretary  of  State

| Select an alternative Debtor/Secured Party designation for this Financing Statement: |
|---|
| Optional Filer Reference Information:<br>  2114 63706 |

B0396-0107 05/19/2021 1:10 PM Received by California Secretary of State