# EXHIBIT F



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U230009725118
Date Filed: 2/9/2023

**Submitter Information:**

| | |
|---|---|
| Contact Name | ProofPositive LLC |
| Organization Name | ProofPositive LLC |
| Phone Number | (775) 895-6122 |
| Email Address | monkeymindai@gmail.com |
| Address | 30 N GOULD ST<br>STE R<br>SHERIDAN, WY 82801 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| Litigation Practice Group | 17542 E 17th Street<br>Suite 100<br>Tustin, CA 92780 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| ProofPositive LLC | 30 N Gould St<br>STE R<br>Sheridan, WY 82801 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
$1,053,690.00 in Litigation Practice Group and associated Litigation Practice Group Affiliate customer accounts receivables files.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**
Not Applicable

**Optional Filer Reference Information:**

☐ This Financing Statement is to be filed in the real estate records (if applicable).

This Financing Statement:

☐ Covers timber to be cut

☐ Covers as-extracted Collateral

☐ Is filed as a fixture filing

| |
|---|
| Name and address of a Record Owner of real estate described above (if Debtor does not have a record interest): |
| Description of real estate: |
| Miscellaneous Information: |
| Search to Reflect:<br>☐ Order a Search to Reflect |

B1490-3760 02/09/2023 12:11 PM Received by California Secretary of State