# EXHIBIT G



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U230016377733 |
| Date Filed: 3/9/2023 |

---

Submitter Information:

| | |
| --- | --- |
| Contact Name | |
| Organization Name | Venture Partners LLC |
| Phone Number | (775) 895-6122 |
| Email Address | diana.gopela@venturepartners.ai |
| Address | 1309 COFFEEN AVENUE<br>STE 1200<br>SHERIDAN, WY 82801 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| The Litigation Practice Group PC | 17542 E. 17th Street<br>STE 100<br>Tustin, CA 92780 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| Venture Partners LLC | 1309 COFFEEN AVENUE<br>STE 1200<br>SHERIDAN, WY 82801 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Executed Accounts Receivables Purchase Agreements in the amount of $15,959,308.55 Debt Enrolled.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:
☐ Order a Search to Reflect