# EXHIBIT H



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U230009923531 |
| Date Filed: 2/10/2023 |

**Submitter Information:**

| | |
|---|---|
| Contact Name | Dugan Kelley |
| Organization Name | Kelley Clarke PC |
| Phone Number | (972) 253-4440 |
| Email Address | dugan@kelleyclarke.com |
| Address | 603 E BROADWAY ST<br>PROSPER, TX 75078 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| Litigation Practice Group PC | 17542 17TH STREET<br>STE 100<br>TUSTIN, CA 92780 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| MC DVI FUND 2 LLC | 1598 Cottonwood Dr<br>Glenview, IL 60026 |
| MC DVI FUND 1, LLC | 172 Center Street<br>Suite 202<br>PO Box 2869<br>Jackson, WY 83001 |
| DEBT VALIDATION FUND II, LLC | 1309 Coffeen Avenue<br>STE 1200<br>Sheridan, WY 82801 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
All personal property of every kind and nature, including, without limitation, all accounts, contract rights, rights to the payment of money, insurance claims and proceeds, chattel paper, electric chattel paper, documents, instruments, securities and other investment property, deposit accounts, supporting obligations of every nature, and general intangibles, including without limitation, customer lists, and all books and records related thereto, and all recorded data of any kind and any nature, regardless of the medium of recording; together with, to the extent not listed above as the original collateral, all substitutions and replacements for and products of any of the foregoing property, and together with proceeds of any and all of the foregoing property.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**
Not Applicable

**Optional Filer Reference Information:**

**Miscellaneous Information:**

B1493-2233 02/10/2023 7:26 AM Received by California Secretary of State

Search to Reflect:

☐ Order a Search to Reflect