# EXHIBIT I



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210057670018
Date Filed: 6/17/2021

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| THE LITIGATION PRACTICE GROUP PC | 17542 17TH STREET STE 100<br>TUSTIN, CA 92780 |
| VULCAN CONSULTING GROUP LLC | 17542 17TH STREET STE 100<br>TUSTIN, CA 92780 |
| BAT INC | 17542 17TH STREET STE 100<br>TUSTIN, CA 92780 |
| THE LITIGATION PRACTICE GROUP PC | 17542 17TH STREET STE 100<br>TUSTIN, CA 92780 |
| VULCAN CONSULTING | 17542 17TH STREET STE 100<br>TUSTIN, CA 92780 |
| COAST PROCESSING.COM D/B/A COAST PROCESSING | 17542 17TH STREET STE 100<br>TUSTIN, CA 92780 |
| DANIEL STEPHEN MARCH | 17542 17TH STREET STE 100<br>TUSTIN, CA 92780 |
| DANIEL STEPHEN MARCH | 20160 NOB HILL DRIVE<br>YORBA LINDA, CA 92886 |
| DANIEL STEPHEN MARCH | 8 AMANZORA<br>NEWPORT COAST, CA 92657 |
| DANIEL STEPHEN MARCH | 25961 GLEN CANYON DR<br>LAGUNA HILLS, CA 92653 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD<br>SUITE 700; ATTN: SPRS<br>GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All personal property of every kind and nature, including, without limitation, all accounts, contract rights, rights to the payment of money, insurance claims and proceeds, chattel paper, electric chattel paper, documents, instruments, securities and other investment property, deposit accounts, supporting obligations of every nature, and general intangibles, including without limitation, customer lists, and all books and records related thereto, and all recorded data of any kind and any nature, regardless of the medium of recording; together with, to the extent not listed above as the original collateral, all substitutions

B0404-3562 06/17/2021 2:09 PM Received by California Secretary of State

| | |
|---|---|
| and replacements for and products of any of the foregoing property, and together with proceeds of any and all of the foregoing property. | |
| Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:<br>Not Applicable | |
| Select an alternate Financing Statement type: | |
| Select an additional alternate Financing Statement type: | |
| Select an alternative Debtor/Secured Party designation for this Financing Statement: | |
| Optional Filer Reference Information:<br>81049913 | |