# EXHIBIT J

## ASSIGNMENT OF UCC FINANCING STATEMENTS

Assignment of UCC Financing Statement ("Assignment") executed and delivered as of August 25th 2022, by Clearfund Solutions LLC (the "Assignor") to Marich Bein LLC. ("Assignee").

**RECITALS:**

Assignee desires to purchase from Assignor, and Assignor have agreed to sell and assign their respective UCC financing statements filed against THE LITIGATION PRACTICE GROUP PC, VULCAN CONSULTING GROUP LLC, BAT INC, COAST PROCESSING.COM D/B/A COAST PROCESSING, and DANIEL STEPHEN MARCH   (together as "Company") and as more specifically described as filing number U210057670018, filed with the California Secretary of State on 06/17/2021 ( the "UCC Financing Statement"), and all of Assignor' rights under the UCC Financing Statements, including without limitation any and all collateral secured by the UCC financing Statements, for a purchase price of $100.00 (the "Purchase Price").

For good and valuable consideration, the receipt and adequacy of which is acknowledged, Assignor agree as follows:

1. Contemporaneously with the execution of this Agreement,

    (a) Assignor sell, transfer and assign to Assignee the UCC Financing Statements and all of Assignor' rights, title, and interest under the UCC Financing Statements; and

    (b) Assignee is authorized to file a UCC-3 assignments, assigning from Assignor to Assignee the UCCFinancing Statements.

2. Assignor represent and warrant to Assignee that (i) each Assignor's exact legal name is as set forth in the preamble above, and (ii) Assignor have not sold, assigned, or transferred the UCC Financing Statements to any other party.. The sale, transfer and assignment is made without recourse, representations or warranties of any kind, except as set forthabove.

3. Assignor shall execute the Evidence of Assignment attached hereto as Exhibit 1, which Assignee, Company, or any designee of any of the foregoing may, at any time after receipt by Assignor of the Purchase Price, provide to any other person as evidence of this Assignment.

4. This Assignment and any dispute, controversy or claim (whether or not arising out of or in connection with this Assignment) between Assignor and Assignee shall be governed by and construed in accordance with the laws of the State of New York, without reference to conflicts of laws and shall waive any right to trial by jury. Nothing shall limit the right of Assignee to bring any action or proceeding in the courts of any other jurisdiction if necessary or convenient to effect the relief sought.

5. Assignor agree to indemnify and hold Assignee, and Assignee agrees to indemnify and hold Assignor, harmless from and against all losses, costs, damages, liabilities and expenses, including, without limitation, in-house and outside attorneys' fees and disbursements, incurred in connection with this Assignment or the transactions contemplated hereby, or enforcing the obligations of Assignor and Assignee under this Assignment, or in exercising any rights or remedies of Assignor or Assignee or in the prosecution or defense of any action or proceeding concerning any matter arising under or in connection with this Assignment. Upon the date of this Agreement, Assignor and Assignee, for themselves, as well as their members, officers, agents, representatives, and attorneys, mutually release and discharge each other from any and all claims, known or unknown, from the beginning of time until this day.

6. Electronic and/or facsimile signatures on this Assignment shall be effective for all purposes.

ASSIGNOR:

**Clearfund Solutions LLC**

By: Israel Reches

Its: Director of Operations

# **EXHIBIT 1**

[Evidence of Assignment attached]

## Evidence of Assignment

To Whom It May Concern:

Reference is made to that certain UCC financing statement, filing number U210057670018, filed with the California Secretary of State on 06/17/2021, against THE LITIGATION PRACTICE GROUP PC, VULCAN CONSULTING GROUP LLC, BAT INC, COAST PROCESSING.COM D/B/A COAST PROCESSING, and DANIEL STEPHEN MARCH, (together as "Company") ("UCC Financing Statement").

Clearfund Solutions LLC (, the "Assignor") hereby confirm that in connection with that certain Assignment of UCC Financing Agreements, dated as of August 25th 2022, between Assignor and Marich Bein LLC ("Assignee"), (i) Assignor have sold, transferred and assigned all of their rights, titles and interests in the UCC Financing Statements to Assignee, (ii) Assignor no longer have any rights or interest in the UCC Financing Statements, and (iii) this Evidence of Assignment may be relied upon by any person as evidence of the foregoing.

**ASSIGNOR:**

**Clearfund Solutions LLC**

By: Israel Reches

Its: Director of Operations