# EXHIBIT M

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------------X
BRIDGE FUNDING CAP LLC                      Index No. 608157/2021

                 Petitioner                NOTICE OF DISCONTINUANCE

-against-

BAT, INC D/B/A COAST PROCESSING ; THE LITIGATION
PRACTICE GROUP PC ; VULCAN CONSULTING GROUP LLC;
B.A.T. INC. DB COAST PROCESSING ; COAST PROCESSING
AND DANIEL S MARCH AND TONY M DIAB

                 Respondents.
------------------------------------------------------------------------X

Please take notice that the above captioned action is hereby discontinued in its entirety.

Dated: New York, New York

July 1, 2021

                                       *Ariel Bouskila*
                                _____

                                Ariel Bouskila Esq.
                                Berkovitch & Bouskila, PLLC
                                *Attorneys for Plaintiff*
                                80 Broad St Suite 3303
                                New York NY 10004