# EXHIBIT O

FILED: NASSAU COUNTY CLERK 02/23/2022 08:42 PM
NYSCEF DOC. NO. 52
INDEX NO. 613192/2021
RECEIVED NYSCEF: 02/23/2022

Case 8:24-ap-01011-SC    Doc 1-15    Filed 01/26/24    Entered 01/26/24 15:19:53    Desc
Exhibit Exhibit O - Release Letter    Page 2 of 4

Bridge Funding Cap, LLC
5308 13th Ave Suite 324,
Brooklyn, NY 11219

December 9, 2021

Dear Bridge Funding Cap, LLC,

    The Litigation Practice Group, P.C, B.A.T. Inc. Coast Processing, Tony M. Diab, and Daniel March demand Bridge Funding Cap, LLC terminate its financing statement under file number U210047914841 filed with the California Secretary of State as debtors satisfied their obligations under the Settlement Agreement July 1, 2021 and the May 27, 2021 Agreement.

Thank you,

*[signature]*

Tony M. Diab, individually,

and on behalf of Bat, Inc.,

Coast Processing

*[signature]*

Daniel S. March, individually,

and on behalf of

The Litigation Practice Group, P.C

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9405511898765845060207

Remove X

Your item was delivered in or at the mailbox at 10:31 am on December 13, 2021 in BROOKLYN, NY 11219.

## ✓ Delivered, In/At Mailbox

December 13, 2021 at 10:31 am
BROOKLYN, NY 11219

Feedback

**Get Updates** ⌄

Text & Email Updates  ⌄

Tracking History  ⌄

Product Information  ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FILED: NASSAU COUNTY CLERK 02/23/2022 08:42 PM                INDEX NO. 613192/2021
NYSCEF DOC. NO. 52                                            RECEIVED NYSCEF: 02/23/2022

12/13/21 10:34 AM                    USPS Tracking® Results

Case 8:24-ap-01011-SC    Doc 1-15    Filed 01/26/24    Entered 01/26/24 15:19:53    Desc
               Exhibit Exhibit O - Release Letter    Page 4 of 4

**FAQs**

Feedback