# EXHIBIT P



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U220114888130
Date Filed: 1/2/2022

| Submitter Information: | |
|---|---|
| Contact Name | |
| Organization Name | The Litigation Practice Group, P.C. |
| Phone Number | |
| Email Address | thelitigationpracticegroup@gmail.com |
| Address | None |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U210047914841 |
| Date Filed | 05/19/2021 |
| Amendment Action | Termination |

Name of Secured Party of Record Authorizing This Amendment:

☒  If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Debtor Name | THE LITIGATION PRACTICE GROUP PC |
|---|---|

Optional Filer Reference Information:
2114 63706

Miscellaneous Information:

Page 1 of 1