# EXHIBIT Q

## ASSIGNMENT OF UCC FINANCING STATEMENTS

Assignment of UCC Financing Statement ("Assignment") executed and delivered as of February ___, 2022, by Queen Funding, LLC and Cobalt Funding Solutions, LLC (each an "Assignor", and together the "Assignors") to Bae Enterprises, Inc. ("Assignee").

**RECITALS:**

Assignee desires to purchase from Assignors, and Assignors have agreed to sell and assign their respective UCC financing statements filed against The Litigation Practice Group PC, Bat, Inc., (together as "Company") and Daniel Stephen March, and as more specifically described as filing number U210050853928, filed with the California Secretary of State on May 28, 2021, respectively ("UCC Financing Statement"), and all of Assignors' rights under the UCC Financing Statements, including without limitation any and all collateral secured by the UCC financing Statements, for a purchase price of $1,500,000.00 (the "Purchase Price").

For good and valuable consideration, the receipt and adequacy of which is acknowledged, Assignors agree as follows:

1. Contemporaneously with the execution of this Agreement,

    (a) Assignors sell, transfer and assign to Assignee the UCC Financing Statements and all of Assignors' rights, title, and interest under the UCC Financing Statements; and

    (b) Assignee is authorized to file a UCC-3 assignments, assigning from Assignors to Assignee the UCC Financing Statements.

2. Assignors represent and warrant to Assignee that (i) each Assignor's exact legal name is as set forth in the preamble above, and (ii) Assignors have not sold, assigned, or transferred the UCC Financing Statements to any other party. The sale, transfer and assignment is made without recourse, representations or warranties of any kind, except as set forth above.

3. Assignors shall execute the Evidence of Assignment attached hereto as Exhibit 1, which Assignee, Company, or any designee of any of the foregoing may, at any time after receipt by Assignors of the Purchase Price, provide to any other person as evidence of this Assignment.

4. This Assignment and any dispute, controversy or claim (whether or not arising out of or in connection with this Assignment) between Assignors and Assignee shall be governed by and construed in accordance with the laws of the State of Wyoming, without reference to conflicts of laws and shall waive any right to trial by jury. Nothing shall limit the right of Assignee to bring any action or proceeding in the courts of any other jurisdiction if necessary or convenient to effect the relief sought.

5. Assignors agree to indemnify and hold Assignee, and Assignee agrees to indemnify

and hold Assignors, harmless from and against all losses, costs, damages, liabilities and expenses, including, without limitation, in-house and outside attorneys' fees and disbursements, incurred in connection with this Assignment or the transactions contemplated hereby, or enforcing the obligations of Assignors and Assignee under this Assignment, or in exercising any rights or remedies of Assignor or Assignee or in the prosecution or defense of any action or proceeding concerning any matter arising under or in connection with this Assignment. Upon the date of this Agreement, Assignors and Assignee, for themselves, as well as their members, officers, agents, representatives, and attorneys, mutually release and discharge each other from any and all claims, known or unknown, from the beginning of time until this day.

6. Electronic and/or facsimile signatures on this Assignment shall be effective for all purposes.

7. Assignor's wire instructions are as set forth below:

**The Klein Law Firm LLC Attorney Trust Account**
**ADDRESS:** 233 Benjamin St., Toms River, New Jersey 08755

**LAKELAND BANK**
**ACCOUNT #:** 6
**ROUTING #:** 0

**ASSIGNORS:**

**QUEEN FUNDING, LLC**

By: _____

Its: Managing Member_____

**COBALT FUNDING SOLUTIONS, LLC**

By: _____

Its: Managing Member_____

Case 8:23-bk-10571-SC    Doc 1127    Filed 01/26/24    Entered 01/26/24 15:59:53    Desc
Exhibit Exhibit Q - Assignment to BAE    Page 4 of 6

## EXHIBIT 1

[Evidence of Assignment attached]

# Evidence of Assignment

To Whom It May Concern:

Reference is made to that certain UCC financing statement, filing number U210050853928, filed with the California Secretary of State on May 28, 2021, respectively, against Bat, Inc. and The Litigation Practice Group PC (together as "Company") and Daniel Stephen March ("UCC Financing Statements").

Queen Funding, LLC and Cobalt Funding Solutions, LLC (together, the "Assignors") hereby confirm that in connection with that certain Assignment of UCC Financing Agreements, dated as of February _____, 2022, between Assignors and Bae Enterprises, Inc. ("Assignee"), (i) Assignors have sold, transferred and assigned all of their rights, titles and interests in the UCC Financing Statements to Assignee, (ii) Assignors no longer have any rights or interest in the UCC Financing Statements, and (iii) this Evidence of Assignment may be relied upon by any person as evidence of the foregoing.

**ASSIGNORS:**

**QUEEN FUNDING, LLC**

By: _____

Its: Managing Member_____

**COBALT FUNDING SOLUTIONS, LLC**

By: _____

Its: Managing Member_____

**Signature:** *Daniel S. March*
Daniel S. March (Feb 11, 2022 10:09 PST)
**Email:** admin@lpglaw.com

**Signature:** _____
Tony Diab (Feb 11, 2022 10:47 PST)
**Email:** tony@coastprocessing.com

13

# Settlement Agreement Draft_ACC edits -2-11

Final Audit Report                                              2022-02-11

| | |
|---|---|
| Created: | 2022-02-11 |
| By: | Ashlee Colonna Cohen (ashleecohenesq@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-6GeEbPxFWens-iFq4E-giOfoaswP81T |

## "Settlement Agreement Draft_ACC edits -2-11" History

- Document created by Ashlee Colonna Cohen (ashleecohenesq@gmail.com)
  2022-02-11 - 5:43:34 PM GMT- IP address: 190.167.196.210

- Document emailed to Daniel S. March (admin@lpglaw.com) for signature
  2022-02-11 - 5:44:22 PM GMT

- Email viewed by Daniel S. March (admin@lpglaw.com)
  2022-02-11 - 6:08:38 PM GMT- IP address: 70.181.82.230

- Document e-signed by Daniel S. March (admin@lpglaw.com)
  Signature Date: 2022-02-11 - 6:09:17 PM GMT - Time Source: server- IP address: 70.181.82.230

- Document emailed to Tony Diab (tony@coastprocessing.com) for signature
  2022-02-11 - 6:09:19 PM GMT

- Email viewed by Tony Diab (tony@coastprocessing.com)
  2022-02-11 - 6:47:10 PM GMT- IP address: 66.249.84.27

- Document e-signed by Tony Diab (tony@coastprocessing.com)
  Signature Date: 2022-02-11 - 6:47:51 PM GMT - Time Source: server- IP address: 70.181.82.230

- Agreement completed.
  2022-02-11 - 6:47:51 PM GMT

Adobe Sign