RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@wghlawyers.com
PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Attorneys for MC DVI Fund 1, LLC, MC DVI Fund 2, LLC
and Debt Validation Fund II., LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:24-ap-01011-SC<br><br>Chapter 11 |
| RICHARD A. MARSHACK,<br>Chapter 11 Trustee,<br><br>            Plaintiff,<br><br>    v.<br><br>BRIDGE FUNDING CAP, LLC D/B/A FUNDURA CAPITAL; MNS FUNDING, LLC; AZZURE CAPITAL, LLC; DIVERSE CAPITAL, LLC; PECC CORP.; PROOFPOSITIVE, LLC; MC DVI FUND 1, LLC; MC DVI FUND 2, LLC; DEBT VALIDATION FUND II, LLC; VENTURE PARTNERS, LLC;<br><br>            Defendants. | **STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND DEFENDANTS MC DVI FUND 1, LLC, MC DVI FUND 2, LLC AND DEBT VALIDATION FUND II, LLC REGARDING SETTLEMENT OF CERTAIN CLAIMS AND TOLLING CERTAIN DEADLINES HEREIN**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

This Stipulation ("Stipulation") is entered into by and between Richard A. Marshack, in his capacity as Chapter 11 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of The Litigation Practice Group P.C. ("LPG" or "Debtor"), and Defendants MC DVI FUND 1, LLC; MC DVI FUND 2, LLC; AND Debt Validation Fund II, LLC (collectively "MC DVI Entities") (the Trustee and the MC DVI Entities are collectively referred to as the "Parties"), with regard to the following:

## RECITALS

A. On March 20, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing this bankruptcy case.

B. On May 8, 2023, Richard A. Marshack was appointed as the Chapter 11 Trustee of the Estate. Docket No. 65.

C. On January 26, 2024, the Trustee filed Adversary Proceeding No. 8:24-ap-1011 ("Adversary") against the MC DVI Entities, and other defendants. The law firm of Winthrop Golubow Hollander, LLP ("Counsel") has advised the Trustee it will represent the MC DVI Entities in the Adversary.

D. Since the filing of the Adversary, the Parties have discussed potential resolutions of the claims asserted against MC DVI Entities and believe they have reached an agreement that will permit the dismissal of the MC DVI Entities from the Adversary ("Tentative Settlement") subject to being reduced to a final writing that is subsequently approved by the Court. While the Tentative Settlement is not final and remains subject to court approval, the Parties have tentatively agreed that the perfection of the liens of the MC DVI Entities that occurred when the UCC-1 Statements identified in the Complaint were recorded constituted a preferential transfer(s) subject to avoidance and preservation pursuant to 11 U.S.C. § 547 and 550. The Tentative Settlement provides that the Parties will work to determine the amount of the claims of the MC DVI Entities with the Parties reserving their rights with respect to the claims allowance process.

E. While the Parties document the Tentative Settlement and seek the Court's approval of same pursuant to Fed. R. Bankr. Pro. 9019, the MC DVI Entities will remain defendants in the

Adversary that will otherwise be required to comply with pending deadlines and scheduled hearing absent the Court modifying those requirements.

  F. To avoid additional expense for the Parties pending documentation and approval of the Tentative Settlement, the Parties have reached the agreement set forth herein.

  WHEREFORE, the Parties stipulate, agree and request that the Court enter an Order as follows:

## **STIPULATION**

  1. The MC DVI Entities will remain Defendants herein pending approval or rejection of the Tentative Settlement; however, the Parties agree that the time of the MC DVI Entities to answer the Complaint or any cross-claim that may be filed herein should be tolled pending further order of the Court.

  2. Pending Court approval, the Parties further agree that the MC DVI Entities should be excused from compliance with the Court's Orders of February 7th and 8th [Dkt. No. 10 and 12] pending the Court's approval or rejection of the Tentative Settlement when filed and noticed for hearing in the main bankruptcy case. The Parties respectfully request that the Court enter an order that (i) tolls the date for the MC DVI Entities to file any answer or responsive pleading to any complaint, cross-complaint, or counterclaim herein and (ii) excuses the MC DVI Entities from complying with the Court's Orders of February 7th and 8th pending further order of the Court.

  3. The Parties agree and acknowledge that if the Tentative Settlement is not approved or if they cannot submit the Tentative Settlement for Court approval, then they will file a notice herein to update the Court so that litigation against the MC DVI Parties can resume in this Adversary.

  4. Except as set forth herein, the Parties reserve all rights and claims against the other.

  5. This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures may be used in filing this document with the Court.

/ / /

/ / /

DATED: March 15, 2024                WINTHROP GOLUBOW HOLLANDER LLP


By: */s/ Richard H. Golubow*
    Richard H. Golubow
    Counsel for the MC DVI Entities



DATED: March 15, 2024                DINSMORE & SHOHL LLP


By: _____
    Tyler Powell [pro hac vice]
    Yosina M. Lissebeck
    Special Counsel for Chapter 11 Trustee,
    Richard A. Marshack

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND DEFENDANTS MC DVI FUND 1, LLC, MC DVI Fund 2, llc and debt validation fund ii, llc REGARDING SETTLEMENT OF CERTAIN CLAIMS AND TOLLING CERTAIN DEADLINES HEREIN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Tyler Powell**    tyler.powell@dinsmore.com, jennifer.pitcock@dinsmore.com;rosetta.mitchell@dinsmore.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

☐    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 15, 2024 | Jeannie Martinez | */s/ Jeannie Martinez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |